UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

NAKEEB SIDDIQUE,

                              Plaintiff,          08 Civ. 4422 (DAB)

        -against-

THE CITY OF NEW YORK, et al.,

                              Defendants.

----------------------------------------------------------------------X

## PROOF OF SERVICE

      **ROSE M. WEBER**, an attorney duly admitted to practice in the State of New York and this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true.

      I am over 18 years of age and am not a party to this action.

      That on May 13, 2008, at 4:41 p.m., at the office of the Corporation Counsel of the City of New York, 100 Church Street, 4th Floor, New York, NY 10007, I served a **Summons and Complaint** upon the City of New York, defendant therein named, by delivering and leaving one true copy of the **Summons and Complaint** with Amanda Gonzalez personally. Declarant knew said individual to be authorized to accept service on behalf of defendant City of New York.

Dated:     New York, New York
             May 13, 2008

                                        By:        /s
                                                 Rose M. Weber  (RW 0515)