UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

NAKEEB SIDDIQUE,

                                          Plaintiff,          08 Civ. 4422 (DAB)

          -against-

THE CITY OF NEW YORK, et al.,

                                          Defendants.

----------------------------------------------------------------------X

## PROOF OF SERVICE

      **ROSE M. WEBER**, an attorney duly admitted to practice in the State of New York and this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true.

      I am over 18 years of age and am not a party to this action.

      That on May 22, 2008, at approximately 3:30 p.m., at the office of the City of New York Police Department Intel Unit, 1 Police Plaza, Room 1108, New York, New York, I served a **Summons and Complaint** upon Det. Tommy Sanabria, defendant therein named, by delivering and leaving a true copy of the **Summons and Complaint** with P.O. "Jane" Beplat personally. Declarant knew said individual to be authorized to accept service on behalf of defendant Sanabria.

Dated:     New York, New York
             May 22, 2008

                                                  By:      /s
                                                          Rose M. Weber (RW 0515)