AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

## APPEARANCE

Case Number: 08-4422

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

THE CITY OF NEW YORK

I certify that I am admitted to practice in this court.

| 5/30/2008 | |
|---|---|
| Date | Signature |
| | Suzette Corinne Rivera     SR4272 |
| | Print Name     Bar Number |
| | 100 Church Street |
| | Address |
| | New York     NY     10007 |
| | City     State     Zip Code |
| | (212) 788-9567     (212) 788-9776 |
| | Phone Number     Fax Number |