UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
NAKEEB SIDDIQUE,                              :   08 Civ. 04422 (RJH)
:
         Plaintiff,             :
:
  -against-                                  :   **ORDER**
:
CITY of NEW YORK, et al                       :
:
:
         Defendant.             :
:
------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08
```

      The pretrial conference presently scheduled for August 08, 2008 is adjourned to September 05, 2008, at 10:00 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
July 08, 2008
SO ORDERED:

                                                  Richard J. Holwell
                                               United States District Judge