```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

NAKEEB SIDDIQUE,  :  08 Civ. 04422 (RJH)

             Plaintiff,  :

   -against-  :  **ORDER**

CITY of NEW YORK, et al  :

             Defendant.  :

------------------------------------------------------------x

The pretrial conference scheduled for September 05, 2008 is rescheduled to October 02, 2008, at 10:30 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
August 22, 2008
SO ORDERED:

_____
Richard J. Holwell
United States District Judge